**Uribio Danilo Vasquez ORDONEZ; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–72860.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Eduardo A. Paredes, Law Offices of Eduardo A. Paredes, Esq., Los Angeles, CA, for Petitioner.

CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francisco, CA, Vanessa O. Lefort, Aviva L. Poczter U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

### MEMORANDUM **

Uribio Danilo Vasquez Ordonez and Enma Rosita Vasquez, husband and wife and natives and citizens of Mexico, petition for review of the Board of Immigration Appeals decision summarily affirming the immigration judge's denial of petitioners' application for cancellation of removal based on their failure to establish exceptional and extremely unusual hardship to their United States citizen children.

Petitioners contend that they have established the requisite hardship to their United States citizen children, and the BIA violated their due process rights when it issued a streamlined decision.

We lack jurisdiction to review petitioners' contention that they established extreme hardship to their United States citizen children, because it is a nonreviewable discretionary determination. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005). Petitioners' contention that the BIA violated their due process rights by streamlining their case is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 848 (9th Cir.2003).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED IN PART; DENIED IN PART.**